Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 10–13190–RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Yanan Shang                                          Qiuxia K. Chen
  144 Highland Cross                          aka Kathy Chen
  Rutherford, NJ 07070                   144 Highland Cross
                                                    Rutherford, NJ 07070

Social Security No.:
  xxx–xx–0079                                          xxx–xx–1084
Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Catherine E. Youngman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 12, 2010</u>                  <u>Rosemary Gambardella</u>
                                              Judge, United States Bankruptcy Court